IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA

| | |
|---|---|
| GAYLYN HENDERSON, | |
| Plaintiff *pro se*, | CIVIL ATION FILE NO.: 1:21-CV-0755 JPB |
| v. | |
| XAVIER BECCERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| AGENCY | |

### NOTICE OF VOUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff *pro se*, Gaylyn Henderson, hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice, against the Defendant. The Defendant has not been served. The Defendant has not filed an Answer nor moved for summary judgment so that voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted this 13th day of May 2021.

*[signature]*

Gaylyn Henderson, *pro se*

1040 Huff Road NW
Apt. 2407
Atlanta, Ga 30318